IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL NEDAB, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-07 Erie |
| v. | ) |
| | ) |
| DAVID NEAL, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on January 11, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 31], filed on July 23, 2007, recommended that Defendants' motion to dismiss [Doc. No. 28] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th day of August, 2007;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss [Doc. No. 28] is GRANTED.

The Report and Recommendation [Doc. No. 31] of Magistrate Judge Baxter, filed on July 23, 2007, is adopted as the opinion of the Court.

                                                  s/   Sean J. McLaughlin
                                                  United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge